# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br><br>ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC., JAMES C. NEARY, JEFF FOX, ANDREA J. AYERS, DALE CRANDALL, JOSEPH P. DISABATO, TOMAS GORNY, PETER J. PERRONE, CHANDLER J. REEDY, JUSTIN L. SADRIAN, and ALEXI A. WELLMAN,<br><br>        Defendants. | Civil Action No. 1:20-cv-10889-JPC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff John Johnson hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 1, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530

Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*